UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

| IN RE:<br><br>Victor E De Jesus<br><br><br><br>**Debtor** | Case No:  6:13-bk-12691-KSJ<br>Chapter 13 |
|---|---|

**WITHDRAWAL OF MOTION TO DISMISS CASE FOR DEBTOR'S FAILURE TO PROVIDE COPIES OF 2014 INCOME TAX RETURN(S)**

Laurie K. Weatherford, Chapter 13 Trustee, hereby withdraws the Motion to Dismiss Case for Failure to Provide Copies of Income Tax Return(s) (Document No. 51 ).

I HEREBY CERTIFY, that a true and correct copy of the foregoing Withdrawal of Motion to Dismiss Case for Failure to Provide Copies of Income Tax Return(s) has been furnished by the United States mail or by electronic transmission to the parties listed below on the 9th day of June, 2015.

**Debtor** - Victor E De Jesus, 735 Kankakee Ln, Orlando, FL  32807

-

Respectfully submitted on this 9th day of June, 2015.

/S/ LAURIE K. WEATHERFORD

Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Wayne Spivak
FL Bar No. 38191
Attorneys for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com